```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21681
    SIDNEY PRUETT
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3193


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was dismissed without confirmation 02/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY           5009.71           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          7132.82           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1545.90           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE      2942.41           .00            .00
FORD MOTOR CREDIT CORP     SECURED VEHIC      3863.00           .00         300.00
GEMB SAMS                  UNSECURED        NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED           .00            .00
NOVUS SERVICES             UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED           915.33           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        NOT FILED           .00            .00
THD CBUSA                  UNSECURED        NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY      NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED         3350.98            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                           20.51
DEBTOR REFUND              REFUND                                            29.49

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  350.00

PRIORITY                                           .00
SECURED                                         300.00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                             20.51
DEBTOR REFUND                                    29.49
                       ---------------   ---------------
TOTALS                   350.00                 350.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 21681 SIDNEY PRUETT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                          /s/ Tom Vaughn  
Dated: 01/28/09                                _____  
                                                          TOM VAUGHN  
                                                          CHAPTER 13 TRUSTEE